UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HARRISON MICHAEL BARTON,<br><br>    Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 1201(a)(1) & (d)<br>18 U.S.C. §§ 2251(a) & (e)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)<br>18 U.S.C. § 2423(b)<br><br>**FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Travel with Intent to Engage in Illicit Sexual Conduct with a Minor)

1. Between February 15, 2025 and February 17, 2025, in the Southern District of Ohio and elsewhere, the defendant, **HARRISON MICHAEL BARTON**, did travel in interstate and foreign commerce, for the purpose of engaging in any illicit sexual conduct with another person, as defined in 18 U.S.C. § 2423(f), including the production of child pornography.

**In violation of 18 U.S.C. § 2423(b).**

**COUNT TWO**
(Sexual Exploitation of a Minor)

2. On or about February 17, 2025, in the Southern District of Ohio, the defendant, **HARRISON MICHAEL BARTON**, having been previously convicted of an offense under the laws of Texas relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward– that is, in the 19th District Court of McLennan County, Texas, case

number 2022-903-C1, by Judgment Entry dated August 4, 2022, for one count of Criminal Solicitation of a Minor, in violation of Texas Penal Code Section 15.031 – did employ, use, persuade, induce, entice, and coerce a minor, specifically Minor Victim One, an approximately 15-year-old female, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing and attempting to produce any visual depiction of such conduct, to wit: one or more digital image files depicting Minor Victim One engaged in the lascivious exhibition of the anus, genitals, and pubic area, the production of such visual depictions using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including a cellular phone that was manufactured in whole or in part outside of the state of Ohio.

**In violation of 18 U.S.C. §§ 2251(a) & (e).**

## COUNT THREE
(Attempted Kidnapping of a Minor)

3.      On or about February 18, 2025, in the Southern District of Ohio, the defendant, **HARRISON MICHAEL BARTON**, attempted to unlawfully seize, confine, kidnap, abduct, and carry away and hold Minor Victim One, an approximately 15-year old female, for ransom and reward and otherwise, and used any means, facility, and instrumentality of interstate commerce, including but not limited to a cellular phone, in committing and in furtherance of the offense, when **HARRISON MICHAEL BARTON** was over the age of 18 and was not Minor Victim One's parent, grandparent, brother, sister, aunt, uncle, or an individual having legal custody of Minor Victim One.

**In violation 18 U.S.C. §§ 1201(a)(1) & (d).**

## COUNT FOUR
(Possession of Child Pornography)

4. On or about February 18, 2025, in the Southern District of Ohio, the defendant, **HARRISON MICHAEL BARTON**, having been previously convicted of an offense under the laws of Texas relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward– that is, in the 19th District Court of McLennan County, Texas, case number 2022-903-C1, by Judgment Entry dated August 4, 2022, for one count of Criminal Solicitation of a Minor, in violation of Texas Penal Code Section 15.031 – knowingly possessed matter, that is, digital image and video files stored on digital media devices, which contained one or more visual depictions that had been transported using any means and facility of interstate and foreign commerce, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct.

**In violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2).**

## FORFEITURE ALLEGATION A

5. Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **HARRISON MICHAEL BARTON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a): (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation including, but not limited to:

   1. One gray Motorola cellular phone.

**Forfeiture in accordance with 18 U.S.C. § 2428(a)(1) and (2), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

6. Upon conviction of one or more of the offenses set forth in Counts Two and/or Four of this Indictment, the defendant, **HARRISON MICHAEL BARTON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to, the property listed in Forfeiture Allegation A.

**Forfeiture in accordance with 18 U.S.C. § 2253(a), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/ Foreperson*
**GRAND JURY FOREPERSON**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

**EMILY CZERNIEJEWSKI (IL 6308829)**
**JENNIFER M. RAUSCH (OH 0075138)**
**Assistant United States Attorneys**

4